IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT F. SIMMONS                                                                          PLAINTIFF
ADC #147660

V.                              NO: 5:12CV00294 KGB

PINE BLUFF COMMERCIAL                                                                 DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17 day of October, 2012.

_____
Kristine G. Baker
United States District Judge